UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 3:13-00231 |
| v. ) | |
| ) | |
| EDWARD "Eddie" D. HAMILTON, M.D. ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Information in this case is hereby unsealed.

IT IS SO ORDERED.

Dated: November 21, 2013

_____
JOHN S. BRYANT
United States Magistrate Judge